## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____**05 – CV – 02496**-OES

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

DEC 9 – 2005

GREGORY C. LANGHAM
CLERK

DUNCAN J. MCNEIL,

      Plaintiff,

v.

UNITED STATES, and it's officers and agencies;
AND ALL KNOWN AND UNKNOWN JUDGMENT DEBTORS WITH PROPERTY IN
    THIS JUDICIAL DISTRICT, Fictitiously named as doe1 to doe 500,

      Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted an Ex Parte Application to Proceed Without Prepayment

of Fees and Affidavit; Notice of Collateral Attack and Motion for Relief from "Void" Strike

and 3 - Strike Orders Erroneously Issued, and a Petition for Writ of Mandamus and

Petition & Request to Clerk for Registration of "Foreign Judgments" Rendered in

Another District, Pursuant to 28 U.S.C. §1963 FRCP 77 ©; 28 USC §1738; US Const.

Art IV §1; and the UEFJA (CRSA § 52-604 TO 52-609) Application for Execution and

Enforcement of Registered Judgments Per FRCP 69, 70 & 71. The court has

determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action. Plaintiff will be directed to cure the following if he wishes to pursue his

claims. Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    ___    is not submitted
(2)    ___    is missing affidavit
(3)    ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)    ___    is missing required financial information
(5)    ___    is missing an original signature by the prisoner
(6)    X    is not on proper form (must use the court's current form)
(7)    ___    names in caption do not match names in caption of complaint, petition or habeas application
(8)    ___    An original and a copy have not been received by the court. Only an original has been received.
(9)    ___    other _____

**Complaint, Petition or Application:**
(10)    ___    is not submitted
(11)    ___    is not on proper form (must use the court's current form)
(12)    ___    is missing an original signature by the prisoner
(13)    ___    is missing page nos. ___
(14)    ___    uses et al. instead of listing all parties in caption
(15)    ___    An original and a copy have not been received by the court. Only an original has been received.
(16)    ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)    ___    names in caption do not match names in text
(18)    ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the action will be

dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _9_ day of _December_____, 2005.

BY THE COURT:

_____
O. EDWARD SCHLATTER
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05 - CV - 02496 - ꝺ꜀ꝗ

Duncan J. Mcneil, III
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260

I hereby certify that I have mailed a copy of the **ORDER and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on  /2-8- 05

GREGORY C. LANGHAM, CLERK

By: _____
                  Deputy Clerk